Hughes, J., additionally concurring.
Civil Code article 3075 provides: A compromise entered into by one of multiple persons with an interest in the same matter does not bind the others, nor can it be raised by them as a defense , unless the matter compromised is a solidary obligation (emphasis added). End of story. As for stipulation pour autrui, there must be specific intent by the contracting parties to benefit (the here unnamed) beneficiary. It's supposed to be a stipulation , not an accident.
Just because the law has been poorly argued, or the lower courts or this court failed to discover the correct law to apply to the facts, is not an excuse to fail to apply the law correctly once it is discovered. Louisiana has fact pleading. It is our duty to apply the correct law to the facts. Lack of research is not a worthy position for the state's highest court.